1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A P.C.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206                    E-FILED 06/12/09
   Telephone:  (818) 500-3200
5  Facsimile:  (818) 500-3201

6  Attorneys for Plaintiffs Disney
   Enterprises, Inc., DC Comics, and Sanrio, Inc.
7

8  Joon M. Khang (SBN 188722)
   Terry S. Park (SBN 228284)
9  Lee Hong Degerman Kang & Schmadeka
   660 S. Figueroa Street, Suite 2300
10 Los Angeles, California 90017
   Telephone:  (213) 623-2221
11 Facsimile:  (213) 623-2211

12 Attorneys for Defendant Jun Ho Jong
   a/k/a Junho Jong a/k/a June Jong
13 a/k/a Jungho Jong

14                    UNITED STATES DISTRICT COURT

15                   CENTRAL DISTRICT OF CALIFORNIA

16 | Disney Enterprises, Inc., et al.        ) Case No. CV 06-7923 PSG (JTLx)
                                             )
17 |         Plaintiffs,                     ) [~~PROPOSED~~] JUDGMENT
                                             ) PURSUANT TO STIPULATION
   |     v.                                  )
18 |                                         )
   | Jun Ho Jong a/k/a Junho Jong a/k/a June )
19 | Jong a/k/a Jungho Jong, et al.,         )
                                             )
20 |         Defendants.                     )

21       The Court, having read and considered the Joint Stipulation for Entry of Final

22 Judgment that has been executed by Plaintiffs Disney Enterprises, Inc., DC Comics

23 and Sanrio, Inc. (collectively "Plaintiffs"), on the one hand, and Defendant Jun Ho

24 Jong a/k/a Junho Jong a/k/a June Jong a/k/a Jungho Jong, an individual and doing

25 business as Juno Collections ("Defendant") on the other, in this action, and good

26 cause appearing therefor, hereby:

27 IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

28

1.     Plaintiffs are entitled to and shall collectively recover from the Defendant on Plaintiffs' Complaint for Defendant's infringement the sum of One Hundred Fifty Thousand Dollars ($150,000.00).

2.     Plaintiffs are entitled to and shall collectively recover from the Defendant interest accruing upon any unpaid portion of said $150,000.00 at the rate of ten percent (10%) per annum from the date of entry of judgment until paid in full.

3.     Plaintiffs are further entitled to, and shall collectively recover from the Defendant, their actual attorneys' fees, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof. The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiffs or their counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

IT IS SO ORDERED this __10TH__ day of __June__, 2007.

**PHILIP S. GUTIERREZ**

Hon. Philip S. Gutierrez
Judge, United States District Court for
the Central District of California

Presented By:
J. Andrew Coombs, A Prof. Corp.
By: _____
    J. Andrew Coombs
    Annie Wang
Attorneys for Plaintiffs Disney
Enterprises, Inc., DC Comics and Sanrio, Inc.

Jun Ho Jong a/k/a Junho Jong
a/k/a June Jong a/k/a Jungho Jong

By: _____
    Jun Ho Jong a/k/a Junho Jong
    a/k/a June Jong a/k/a Jungho Jong
Defendant

Lee Hong Degerman Kang & Schmadeka
By: _____
    Joon M. Khang
    Terry S. Park
Attorneys for Defendant Jun Ho Jong
a/k/a Junho Jong a/k/a June Jong a/k/a Jungho Jong

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On May 1, 2009, I served on the interested parties in this action with the:

- NOTICE AND MOTION FOR ENTRY OF STIPULATED JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
- [PROPOSED] JUDGMENT PURSUANT TO STIPULATION

for the following civil action:

<u>Disney Enterprises, Inc., et al. v. Jong, et al</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Joon M. Khang<br>KHANG & KHANG LLP<br>1901 Avenue of the Stars, 2nd Floor<br>Los Angeles, CA 90067 | *Courtesy Copy to:*<br>Terry S. Park<br>LEE, HONG, DEGERMAN, KANG & WAIMEY<br>660 South Figueroa Street, Suite 2300<br>Los Angeles, CA 90017 |
|---|---|

Place of Mailing: Glendale, California
Executed on May 1, 2009, at Glendale, California.

_____
Katrina Bartolome